No. 46,527

James William Sagebiel, *Appellant*, v. State of Kansas, *Appellee*.

(495 P. 2d 530)

Opinion filed April 8, 1972.

*Shelley Graybill*, of Elkhart, and *Jacob S. Graybill*, of Wichita, were on the brief for appellant.

*Edgar W. White*, county attorney, was on the brief for appellee.

*Per Curiam:* This is an appeal from an order denying relief under K. S. A. 60-1507. In this proceeding appellant's only contention is that he was denied a trial by an impartial jury, an issue that was raised and determined in his direct appeal, *State v. Sagebiel*, 206 Kan. 482, 480 P. 2d 44. Appellant has shown no circumstances which would require us to re-examine that question. See, *Carter v. State*, 199 Kan. 290, 428 P. 2d 758; *Basker v. State*, 202 Kan. 177, 446 P. 2d 780; *Baker v. State*, 204 Kan. 607, 464 P. 2d 212; *Hacker v. State*, 207 Kan. 195, 483 P. 2d 484; *Cipolla v. State*, 207 Kan. 822, 486 P. 2d 1391.

The judgment is affirmed.